UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MICHAEL J. FITZPATRICK, ROSS DIETERLE, and DAVID FAHEY**, | Civil Case No. 3:11-CV-00553-KI |
| Plaintiffs, | JUDGMENT |
| v. | |
| **FARMERS INSURANCE EXCHANGE, a foreign insurance exchange**, | |
| Defendant. | |

Travis W. Hall
Bateman Seidel Miner Blomgren Chellis & Gram P.C.
888 SW Fifth Avenue, Suite 1250
Portland, OR 97204

    Attorney for Plaintiff Michael Fitzpatrick

Page 1 - JUDGMENT

Judy Danelle Snyder
Law Offices of Judy Snyder
1000 S.W. Broadway, Suite 2400
Portland, OR 97205

    Attorney for Plaintiffs Ross Dieterle and
    and David Fahey

Timothy Snider
Ryan Gibson
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204

    Attorneys for Defendant.

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

    Dated this   17th   day of December, 2012.

        /s/ Garr M. King
        Garr M. King
        United States District Judge